No. 108. IDENTIFICATION DEVICES, INC. *v.* UNITED STATES. October 13, 1941. The motion to proceed on typewritten papers is granted. The petition for writ of certiorari to the Court of Appeals for the District of Columbia is denied. *James M. Rulong, pro se.*

No. 239. OSLAND *v.* STAR FISH & OYSTER CO. October 13, 1941. The motion to proceed on typewritten papers is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit is denied. *Mr. Alex T. Howard* for petitioner. *Messrs. Palmer Pillans* and *Alexis T. Gresham* for respondent.

No. 295. WEBER, PRESIDENT OF THE AMERICAN FEDERATION OF MUSICIANS, ET AL. *v.* OPERA ON TOUR, INC. October 13, 1941. It does not appear from the record that the federal question presented by the petition was necessarily decided by the Court of Appeals. The petition for writ of certiorari to the Court of Appeals of New York is denied. *Lynch* v. *New York ex rel. Pierson,* 293 U. S. 52; *Honeyman* v. *Hanan,* 300 U. S. 14, 18. *Mr. William Macy* for petitioners. *Mr. Jack Lewis Kraus, II,* for respondent.

No. 60. PUERTO RICO *v.* BANK OF NOVA SCOTIA. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. The CHIEF JUSTICE took no part in the consideration and decision of this application. *Messrs. William Cattron Rigby, George A. Malcolm,* Attorney General of Puerto

Rico, and *Nathan R. Margold* for petitioner. *Messrs. J. Henri Brown* and *Walter L. Newson, Jr.* for respondent.

No. 217. BAILEY *v.* SEARS, ROEBUCK & Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. The CHIEF JUSTICE took no part in the consideration and decision of this application. *Mr. John F. Reilly* for petitioner. *Messrs. Stephen H. Philbin* and *Clyde A. Norton* for respondent.

No. 72. MORTIMER *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. John T. Dooling, Theodore Kiendl,* and *Christopher S. Sargent* for petitioner. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost,* and *W. Marvin Smith* for the United States.

No. 192. SIMONS ET AL. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Mark L. Herron* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.